No. 83–498.   BROWN, DIRECTOR, DEPARTMENT OF LAW AND PUBLIC SAFETY, DIVISION OF GAMING ENFORCEMENT, STATE OF NEW JERSEY, ET AL. *v.* HOTEL & RESTAURANT EMPLOYEES & BARTENDERS INTERNATIONAL UNION LOCAL 54 ET AL.; and

No. 83–573.   DANZIGER, ACTING CHAIRMAN, CASINO CONTROL COMMISSION OF NEW JERSEY, ET AL. *v.* HOTEL & RESTAURANT EMPLOYEES & BARTENDERS INTERNATIONAL UNION LOCAL 54 ET AL.   C. A. 3d Cir.   [Probable jurisdiction noted, 464 U. S. 990.]   Motion of National Right to Work Legal Defense Foundation for leave to file a brief as *amicus curiae* granted.

No. 83–838.   UNITED STATES *v.* LORENZETTI.   C. A. 3d Cir. [Certiorari granted, 464 U. S. 1068.]   Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 83–892.   CALIFORNIA STATE DEPARTMENT OF EDUCATION ET AL. *v.* LOS ANGELES BRANCH, NAACP, ET AL.   C. A. 9th Cir.; and

No. 83–1015.   NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ET AL. *v.* HAMPTON COUNTY ELECTION COMMISSION ET AL.   Appeal from D. C. S. C.   The Solicitor General is invited to file briefs in these cases expressing the views of the United States.   JUSTICE MARSHALL took no part in the consideration or decision of these orders.

No. 83–5725.   SWEETMAN *v.* TOWNSHIP OF PENNSAUKEN, NEW JERSEY, 464 U. S. 1036.   Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* denied.

No. 83–5913.   ETLIN ET AL. *v.* HORAN, COMMONWEALTH'S ATTORNEY.   Sup. Ct. Va.   Motion of petitioners for leave to proceed *in forma pauperis* denied.   Petitioners are allowed until March 13, 1984, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for certiorari in this case without reaching the merits of the motion to proceed *in forma pauperis*.

No. 83–5917.   IN RE MEEKS.   Petition for writ of mandamus denied.